1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW, State Bar No. 63257
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5955
    Fax:  (415) 703-1234
8   Email:  Allan.Yannow@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| **RICHARD DIAZ,** | C 07-2612 VRW (PR) |
| --- | --- |
| Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

20

21        Pursuant to Civil Local Rules 6-1 and 6-3  respondent requests a 14-day enlargement of

22  time in this matter.  The response is currently due on November 5, 2007.  Respondent requests that

23  the time for the response be enlarged until November 19, 2007.  This request is based on the

24  attached declaration of Allan Yannow.

25  ///

26  ///

27  ///

28

Application For Enlargement Of Time - *Diaz v. Adams* - C 07-2612 VRW (PR)

1

1 | Dated: November 2, 2007

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Allan Yannow

10 | ALLAN YANNOW
Deputy Attorney General
11 | Attorneys for Respondent

13 | 20112053.wpd
SF2007402444

Application For Enlargement Of Time - *Diaz v. Adams* - C 07-2612 VRW (PR)

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Richard Diaz v. Derral Adams, Warden**

No.:   **C 07-2612 VRW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 2, 2007, I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME;**

**DECLARATION OF ALLAN YANNOW IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME;**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Richard Diaz
T-98081
California State Prison - Corcoran
P.O. Box 3471
Corcoran, CA 3212-3471**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 2, 2007, at San Francisco, California.

| J. Wong | _signature_ |
|---|---|
| Declarant | Signature |

20112099.wpd