1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW, State Bar No. 63257
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5955
    Fax:  (415) 703-1234
8   Email:  Allan.Yannow@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RICHARD DIAZ,**<br><br>                         Petitioner,<br><br>  v.<br><br>**DERRAL ADAMS, Warden,**<br><br>                         Respondent. | C 07-2612 VRW (PR) |

**(AMENDED) DECLARATION OF SERVICE BY U.S. MAIL**

<u>(AMENDED) DECLARATION OF SERVICE BY U.S. MAIL</u>

Case Name:   <u>**Richard Diaz v. Derral Adams, Warden**</u>

No.:   **C 07-2612 VRW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 2, 2007,</u> I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME;**

**DECLARATION OF ALLAN YANNOW IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME;**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Richard Diaz**
**T-98081**
**California State Prison - Corcoran**
**P.O. Box 3471**
**Corcoran, CA 93212-3471**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 2, 2007, at San Francisco, California.

| J. Wong | *J Wong* |
|---|---|
| Declarant | Signature |

20112118.wpd