1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW, State Bar No. 63257
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5955
    Fax:  (415) 703-1234
8   Email:  Allan.Yannow@doj.ca.gov

9  Attorneys for Respondent

11               IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

| | |
|---|---|
| **RICHARD DIAZ,** | C 07-2612 VRW (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

Respondent answers the petition for writ of habeas corpus as follows:

**I.**

**CUSTODY**

Petitioner is in the lawful custody of the California Department of Corrections and Rehabilitation after a conviction of robbery Cal.Pen. Code 211 and of unlawful use of a badge. Cal. Penal Code 538d(b)(2). With the addition of recidivist enhancements, petitioner was sentenced to a total unstayed term of 15 years.

## II

## EXHAUSTION

The California Court of Appeal affirmed the conviction and denied a petition for writ of habeas corpus.  The California Supreme Court denied review.  Petitioner has no available and unexhausted state remedies.

## III

## RECORDS SUBMITTED

The clerk's transcript is Exhibit A. The reporter's transcript is Exhibit B. Petitioner's opening brief on appeal and supplemental opening brief are Exhibit C.  Respondent's Brief is Exhibit D.  The reply brief is Exhibit E. The opinion of the Court of Appeal is Exhibit F.  The petition for rehearing is Exhibit G. The order denying rehearing is Exhibit H.  The petititon for review is Exhibit I.  The order denying review is Exhibit J.

The petition for writ of habeas corpus before the Court of Appeal is Exhibit K.  Respondent has been unable to locate a copy of the Order denying said petition, however Petitioner has attached a copy of that order as an Exhibit to his petition for writ of habeas corpus.  The petition for writ of habeas corpus filed in the California Supreme Court is Exhbit L.  Petitioner has attached a copy of the order denying that petition as an exhibit to the Petition for Writ of Habeas Corpus.

## IV

## DENIAL OF CLAIMS

Respondent denies all allegations in the petition for writ of habeas corpus except as admitted in the attached Memorandum of Points and Authorities which is hereby incorporated by reference.

///

///

///

Answer To Order To Show Cause - *Diaz v. Adams* - C 07-2612 VRW (PR)

2

1   WHEREFORE, respondent requests that the petition for writ of habeas corpus be denied.

2   Dated:  November 15, 2007

3                           Respectfully submitted,

4                           EDMUND G. BROWN JR.
                            Attorney General of the State of California

5                           DANE R. GILLETTE
                            Chief Assistant Attorney General

6                           GERALD A. ENGLER
                            Senior Assistant Attorney General

7                           PEGGY S. RUFFRA
                            Supervising Deputy Attorney General

8

9

10                          /s/   ALLAN YANNOW
                            Deputy Attorney General
11                          Attorneys for Respondent

12  AY/cfl
13  20110137.wpd
    SF2007402444

Answer To Order To Show Cause - *Diaz v. Adams* - C 07-2612 VRW (PR)

3