1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW, State Bar No. 63257
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5955
    Fax:  (415) 703-1234
8   Email:  Allan.Yannow@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RICHARD DIAZ,** | C 07-2612 VRW (PR) |
| Petitioner, | **NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** |
| v. | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

Respondent hereby submits the following exhibits to be lodged with the Clerk of the Court in support of the Answer and supporting memorandum.

**RESPONDENT'S INDEX TO LODGED EXHIBITS**

EXHIBIT A:   Clerk's Transcript

    –   Clerk's Transcript (1 Volume)

    –   Supplemental Clerk's Transcript (1 Volume)

EXHIBIT B:   –   Reporter's Transcript

    –   Reporter's Transcript (December 4, 2002, Volume I);

    –   Reporter's Transcript (December 5, 2002, Volume II);

1  – Reporter's Transcript (December 9, 2002, Volume III);
2  – Reporter's Transcript (December 2, 2002, Volume I);
3  – Reporter's Transcript (December 6, 2002, Volume II);
4  – Reporter's Transcript (April 7, 2003, Volume I);
5  – Reporter's Transcript (April 8, 2003, Volume II);
6  – Reporter's Transcript (April 9, 2003, Volume III);
7  – Reporter's Transcript (April 10, 2003, Volume IV);
8  – Reporter's Transcript (June 25, 2003, Volume V);
9  EXHIBIT C: Appellant's Opening Brief;
10 EXHIBIT D: Respondent's Brief;
11 EXHIBIT E: Appellant's Reply Brief;
12 EXHIBIT F: State Court Opinion;
13 EXHIBIT G: Petition for Rehearing;
14 EXHIBIT H: Order Denying Petition for Rehearing;
15 EXHIBIT I: Petition For Review;
16 EXHIBIT J: Order Denying Petition for Review;
17 EXHIBIT K: Petition for Writ of Habeas Corpus and Brief and Exhibits in Support
18 Thereof.

1 | Dated: November 15, 2007

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/   ALLAN YANNOW
Deputy Attorney General
Attorneys for Respondent

AY/cfl
20110141.wpd
SF2007402444

Notice Of Lodging Of, And Index To, Exhibits - *Diaz v. Adams* - C 07-2612 VRW (PR)

3