1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW, State Bar No. 63257
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5955
    Fax:  (415) 703-1234
8   Email:  Allan.Yannow@doj.ca.gov

9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

| | |
|---|---|
| **RICHARD DIAZ,** | C 07-2612 VRW (PR) |
| Petitioner, | **MANUAL FILING NOTIFICATION** |
| v. | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

20    Exhibits A to K were not e-filed because they are voluminous documents (PDF file size

21  larger than e-filing system allowances.)

22    Executed this 16th day of November 2007, San Francisco, California.

23

24                  /S/
                    ALLAN YANNOW
25                  Deputy Attorney General
   AY/cfl
26 SF2007402444
   40187733.wpd
27

28

Manual Filing  - *Diaz v. Adams* - C 07-2612 VRW (PR)

                              1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Richard Diaz v. Derral Adams, Warden**

No.:  **C 07-2612 VRW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 16, 2007, I served the attached **MANUAL FILING NOTIFICATION** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Richard Diaz
T-98081
California State Prison - Corcoran
P.O. Box 3471
Corcoran, CA 93212-3471

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 16, 2007, at San Francisco, California.

| Carmelita F. Limaco | /s/ |
|---|---|
| Declarant | Signature |

40186651.wpd